UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 12, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RANDY BARKER, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:12-mj-00175-KJN <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Randy Barker</u>; Case <u>2:12-mj-00175-KJN</u> from custody and for the following reasons:

      _\_\_   Release on Personal Recognizance

      _\_\_   Bail Posted in the Sum of _____

      _\_\_   Unsecured Appearance Bond in the amount of $

      _\_\_   Appearance Bond with 10% Deposit

      _\_\_   Appearance Bond secured by Real Property

      _\_\_   Corporate Surety Bail Bond

      **X**   (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u>  on  <u>7/12/2012</u>  at  2:45 pm

By  _____
Kendall J. Newman
United States Magistrate Judge