**FILED**
February 14, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>               ) <br>        Plaintiff,   )<br>v.                  )<br>               )<br>RANDY K. BARKER,        )<br>               )<br>        Defendant.    ) | CASE NUMBER: 2:12-cr-00266-KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RANDY K. BARKER  ; Case 2:12-cr-00266 from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    __   Unsecured Appearance Bond in the amount of $

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_   (Other) Previously ordered conditions of Pretrial Supervision and additional conditions as stated on the record.

Issued at  Sacramento, CA  on  2/14/13  at  1:45 p.m.

By _____
Kimberly J. Mueller
United States District Judge