UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>RANDY BARKER,<br><br>            Defendant. | No.  2:12-CR-0266 KJM<br><br><br>ORDER |

GOOD CAUSE APPEARING the Court orders the court reporter to prepare the sealed portions of the transcripts of the in camera hearings held on October 9, 2012 (ECF No. 37), and January 23, 2013 (ECF No. 98), and to provide copies to attorney Krista Hart. The Court orders the transcripts to otherwise remain sealed unless and until appellant introduces the issue into the appeal.

Dated:  January 8, 2014.

_____
UNITED STATES DISTRICT JUDGE

1