IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,          Cr. No. S-12-0266 KJM

  vs.

RANDY K. BARKER,

        Movant.          <u>ORDER</u>

_____

        On November 3, 2014, movant Randy K. Barker filed a writ of habeas corpus. The docket reflects that movant filed a notice of appeal on May 31, 2013. ECF No. 170. The Court of Appeals has not yet undertaken its independent review of the case. *See* Notice of Appeal, *United States v. Barker*, No. 13-10309 (9th Cir., filed May 31, 2013).

        "[A] district court should not entertain a [2255 motion] while there is an appeal pending . . . ." *United States v. Deeb*, 944 F.2d 545, 548 (9th Cir. 1991). Accordingly, the court DENIES the instant motion, ECF No. 218, without prejudice.

        IT IS SO ORDERED.

DATED: November 18, 2014.

                                                                       UNITED STATES DISTRICT JUDGE